a. The Bahama Breezes Condominiums

| Wire Date | Property | Lender | Mortgage Funds Released | Defendant | Straw Buyer |
|---|---|---|---|---|---|
| 06/27/07 | 400 E. Orchid Road, Unit 203, Wildwood Crest, New Jersey, 08260 | Challenge Financial Investors | $412,477.20 | Timothy Ricks Willie Richardson | Regina Davis |
| 06/27/07 | 400 E. Orchid Road, Unit 203, Wildwood Crest, New Jersey, 08260 | National City Bank | $124,362.00 | Timothy Ricks Willie Richardson | |

b. The Dunes Condominium

| Wire Date | Property | Lender | Mortgage Funds Released | Defendant | Straw Purchaser |
|---|---|---|---|---|---|
| 05/03/07 | 401 E. Stockton Road, Unit 303, Wildwood Crest, New Jersey 08260 | Countrywide | $472,370.87 | Timothy Ricks Willie Richardson Angela Celli | Regina Davis |
| 05/03/07 | 401 E. Stockton Road, Unit 303, Wildwood Crest, New Jersey 08260 | Countrywide | $59,900.00 | Timothy Ricks Willie Richardson Angela Celli | |
| 05/16/07 | 401 E. Stockton Road, Unit 301, Wildwood Crest, New Jersey 08260 | Equifirst | $576,719.44 | Timothy Ricks Dwayne Onque Debra Hanson Angela Celli | Dwayne Onque |
| 05/24/07 | 401 E. Stockton Road, Unit 201, Wildwood Crest, New Jersey 08260 | Gateway Funding | $476,046.88 | Dwayne Onque Timothy Ricks Angela Celli Debra Hanson | Dwayne Onque |

| Wire Date | Property | Lender | Mortgage Funds Released | Defendant | Straw Purchaser |
|---|---|---|---|---|---|
| 05/24/07 | 401 E. Stockton Road, Unit 201, Wildwood Crest, New Jersey 08260 | Gateway Funding | $60,221.24 | Dwayne Onque Timothy Ricks Angela Celli Debra Hanson | |
| 06/14/07 | 401 E. Stockton Road, Unit 102, Wildwood Crest, New Jersey 08260 | Washington Mutual Bank | $485,452.55 | Dwayne Onque Timothy Ricks Angela Celli Debra Hanson | |
| 06/21/07 | 401 E. Stockton Road, Unit 302, Wildwood Crest, New Jersey 08260 | National City Mortgage | $421,341.70 | Kinard Henson Nancy Wolf-Fels Angela Celli Seth Fuscellaro | Dwayne Onque |
| 06/21/07 | 401 E. Stockton Road, Unit 302, Wildwood Crest, New Jersey 08260 | National City Mortgage | $121,498.88 | Kinard Henson Nancy Wolf-Fels Angela Celli Seth Fuscellaro | Larry Barker |

| Wire Date | Property | Lender | Mortgage Funds Released | Defendant | Straw Purchaser |
|---|---|---|---|---|---|
| 07/02/07 | 401 E. Stockton Road, Unit 202, Wildwood Crest, New Jersey 08260 | ABN Amro Mortgage Group | $429,461.93 | Kinard Henson, Debra Hanson, Timothy Ricks, Angela Celli, Seth Fuscellaro | Larry Barker |
| 07/02/07 | 401 E. Stockton Road, Unit 202, Wildwood Crest, New Jersey 08260 | ABN Amro Mortgage Group | $124,522.47 | Kinard Henson, Debra Hanson, Timothy Ricks, Angela Celli, Seth Fuscellaro | Larry Barker |
| 07/31/07 | 401 East Stockton Road, Unit 203, Wildwood Crest, New Jersey 08260 | Gateway Funding | $411,901.19 | Shawn Souels, Angela Celli, Debra Hanson, Seth Fuscellaro, Timothy Ricks | |

| Wire Date | Property | Lender | Mortgage Funds Released | Defendant | Straw Purchaser |
|---|---|---|---|---|---|
| 07/31/07 | 401 East Stockton Road, Unit 203, Wildwood Crest, New Jersey 08260 | Gateway Funding | $66,355.07 | Shawn Souels, Angela Celli, Debra Hanson, Seth Fuscellaro, Timothy Ricks | |

c.   Erin Shores Condominiums

| Wire Date | Property | Lender | Mortgage Funds Released | Defendants | Cooperating Defendants |
|---|---|---|---|---|---|
| 02/08/07 | 222 E. 25th Street, Unit 140, North Wildwood, New Jersey 08260 | SLM Financial | $258,376.54 | Timothy Ricks Larry Fullenwider | Stanley Hyde |
| 02/08/07 | 220 25th Street, Unit 159, North Wildwood, New Jersey 08260 | SLM Financial | $266,891.42 | Timothy Ricks Larry Fullenwider | Stanley Hyde |
| 06/07/07 | 222 E. 25th Street, Unit 145, North Wildwood, New Jersey 08260 | Coast Mortgage | $269,910.00 | Kinard Henson Nancy Wolf-Fels | Larry Barker |
| 07/20/07 | 2500 Atlantic Avenue, Unit 127, North Wildwood, New Jersey 08260 | BNC Mortgage | $288,828.93 | Kinard Henson Nancy Wolf-Fels | Larry Barker |

d. Surf Avenue Condominiums

| Wire Date | Property | Lender | Mortgage Funds Released | Defendants | Straw Buyer |
|---|---|---|---|---|---|
| 01/29/07 | 2100 Surf Avenue, Unit 1, North Wildwood, New Jersey 08260 | Countrywide | $411,735.34 | Timothy Ricks Larry Fullenwider | Stanley Hyde |
| 01/29/07 | 2100 Surf Avenue, Unit 1, North Wildwood, New Jersey 08260 | Countrywide | $105,000.00 | Timothy Ricks Larry Fullenwider | |
| 01/29/07 | 2100 Surf Avenue, Unit 5, North Wildwood, New Jersey 08260 | Countrywide | $359,395.92 | Timothy Ricks Larry Fullenwider | Stanley Hyde |
| 01/29/07 | 2100 Surf Avenue, Unit 5, North Wildwood, New Jersey 08260 | Countrywide | $69,000.00 | Timothy Ricks Larry Fullenwider | |

| Wire Date | Property | Lender | Mortgage Funds Released | Defendant | Straw Purchaser |
|---|---|---|---|---|---|
| 03/30/07 | 2100 Surf Avenue, Unit 4, North Wildwood, New Jersey 08260 | New Jersey Lenders | $380,000.00 | Dwayne Onque Timothy Ricks | Dwayne Onque |
| 03/30/07 | 2100 Surf Avenue, Unit 4, North Wildwood, New Jersey 08260 | New Jersey Lenders | $47,500.00 | Dwayne Onque Timothy Ricks | |

e. Naples, Florida Properties

| Wire Date | Property | Lender | Mortgage Funds Released | Defendant | Straw Buyer |
|---|---|---|---|---|---|
| 02/04/08 | 15461 Summit Place Circle, Unit 295, Naples, Florida 34120 | Mortgage Now | $357,210.00 | Willie Richardson | Jerricee McFadden |
| 03/11/08 | 15465 Summit Place Circle, Unit 296, Naples, Florida 34120 | Mortgage Now | $357,136.92 | Nancy Wolf-Fels Timothy Ricks Orlando Allen | Robert Allen |
| 04/25/08 | 15591 Summit Place Circle, Unit 313, Naples, Florida 34120 | MJS Lending | $323,920.00 | Nancy Wolf-Fels Timothy Ricks Orlando Allen | Robert Allen, Jr. |
| 04/29/08 | 15418 Summit Place Circle, Unit 134, Naples, Florida 34120 | Mortgage Now | $362,610.00 | Nancy Wolf-Fels Orlando Allen Timothy Ricks | Kevin Livingston |

f. Other New Jersey Properties

| Wire Date | Property | Lender | Mortgage Funds Released | Defendants | Straw Buyer |
|---|---|---|---|---|---|
| 10/20/06 | 52 Starr Court, Middletown, New Jersey 07716 | Countrywide | $79,000.00 | Timothy Ricks | Dwayne Onque |
| 10/23/06 | 52 Starr Court, Middletown, New Jersey 07716 | Countrywide | $627,232.09 | Timothy Ricks Dwayne Onque | |
| 05/16/08 | 106 S. 7th Street, Newark, New Jersey 07107 | MJS Lending | $291,124.53 | Orlando Allen Timothy Ricks | Kevin Livingston |